UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 1:06:CR:177

v.

                                HON. GORDON J. QUIST

FILEMON BAIZAN,

        Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed September 20, 2006, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Filemon Baizan's plea of guilty to Count One of the Indictment is accepted. Defendant Filemon Baizan is adjudicated guilty.

3.    Defendant Filemon Baizan shall be detained pending sentencing.

4.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  October 4, 2006              _____/s/ Gordon J. Quist_____
                                         GORDON J. QUIST
                                  UNITED STATES DISTRICT JUDGE